IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-243-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    ALONSO VAZQUEZ-ZOCARRO,**

       Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

Due to a scheduling conflict, the Final Trial Preparation Conference set for June 25, 2010, is **VACATED AND RESET** for **June 29, 2010 at 4:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: June 17, 2010