**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date: November 18, 2010 |
| Court Reporter: Kara Spitler | |
| Probation Officer: Douglas D. Randolph | Interpreter: Cathy Bahr |

Criminal Action No.: 10-cr-00243-JLK

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Zachary H. Phillips |
| Plaintiff, | |
| v. | |
| ALONSO VAZQUEZ-ZOCARRO, | La Fonda R. Jones |
| Defendant. | |

**AMENDED SENTENCING MINUTES**

**11:06 a.m.     Court in session.**

Interpreter sworn.

Court calls case.  Counsel present.  Defendant present in custody.

**Change of Plea Hearing:    August 27, 2010.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

**ORDERED:  Government's Motion For Defendant To Receive The Third Level For Acceptance Of Responsibility Under U.S.S.G.§3E1.1(b) [Filed 11/10/10; Doc. No. 33] is GRANTED.**

**ORDERED:  United States §5K1.1 Motion For Downward Departure From Sentencing Guideline Range (Filed 11/10/10; Doc. No. 32) is GRANTED.**

*10-cr-00243-JLK*
*Sentencing*
*November 18, 2010*

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **60 months**.
**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

It is the recommendation of the Court that the Defendant serve his sentence within the state of Colorado.

The Court further recommends that the defendant is provided with every education opportunity to learn productive trades and to improve his general education and to achieve a GED certification.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant, if deported, shall not return to the United States illegally.  If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

*10-cr-00243-JLK*
*Sentencing*
*November 18, 2010*

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:23 a m.   Court in recess.**
Hearing concluded.
Total in-court time: 17 minutes